# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAREAL EDWARDS,

    *Petitioner*,

vs.

BRIAN WILLIAMS, et al.,

    *Respondents*.

2:14-cv-01858-GMN-GWF

ORDER

    Petitioner has filed a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #1). However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

    Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with an application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

    The court notes that when petitioner submitted the petition for filing on November 5, 2014, the Clerk sent him an application to proceed *in forma pauperis* along with instructions. Approximately sixty days have now passed, and petitioner has failed to submit a completed application, or seek an extension of time, or contact the court in any manner.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed *in forma pauperis*.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

    **IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254

1  habeas petition form, one copy of the instructions for each form, and a copy of the papers that he
2  submitted in this action.
3       **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and
4  close this case.
5       **DATED** this 9th day of January, 2015.

                                              _____
                                              Gloria M. Navarro, Chief Judge
                                              United States District Court